1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

RAUL URIARTE-LIMON,

       Plaintiff,

v.

CHIPOTLE MEXICAN GRILL, INC. and
DOES 1 through 10,

       Defendants.

Case No. 21-cv-1904-MMA (AHG)

**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO ANSWER OR RESPOND TO COMPLAINT**

[Doc. No. 4]

  Plaintiff Raul Uriarte-Limon ("Plaintiff") and Defendant Chipotle Mexican Grill, Inc. ("Defendant") jointly move for an extension of time within which Defendant must answer or otherwise respond to Plaintiff's Complaint.  *See* Doc. No. 4.  Good cause appearing, the Court **GRANTS** the parties' joint motion and **ORDERS** that Defendant answer or otherwise respond to the Complaint on or before **December 29, 2021**.

  **IT IS SO ORDERED**.

Dated:  November 30, 2021

HON. MICHAEL M. ANELLO
United States District Judge